UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD L. MEROLD, JR.                                                    PLAINTIFF

V.                          NO. 3:18CV00041-KGB-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                          DEFENDANT

# ORDER

Plaintiff is granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Clerk is directed to file and docket the Complaint, without prepayment of fees and costs or security therefor, and issue summons for Defendant, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General. The United States Marshal is directed to serve the summons, Complaint, and this Order without prepayment of fees and costs or the necessity of giving security.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, *Doc. 1*, is GRANTED.[1]

---

[1] Plaintiff is hereby notified of his responsibility, as a *pro se* litigant, to comply with Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded

DATED this 8th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."