UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICHARD L. MEROLD, JR.**                                                                 **PLAINTIFF**

V.                                  NO. 3:18CV00041-JTR

**NANCY A. BERRYHILL,**
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 12th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE