UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD L. MEROLD, JR.                                      PLAINTIFF

V.                            3:18-CV-00041-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                      DEFENDANT

## **ORDER**

On January 11, 2019, Plaintiff Richard Merold filed a Motion to Extend Time to File Appeal. *Doc. 21*.[1] For good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time is GRANTED. Plaintiff's Notice of Appeal is due on or before, February 11, 2019.

Dated this 14th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed his motion 30 days after this Court entered its Order and Judgment of dismissal. *Docs. 19 and 20*. Pursuant to Federal Rule of Appellate Procedure 4(a)(5): The district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.